UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ENRIQUE PEREZ-LUNA,

                        Plaintiff,                    16 **CIVIL** 6040 (AT) (BCM)

         -against-                             **SUPPLEMENTAL JUDGMENT**

AGEHA JAPANESE FUSION, INC., d/b/a
AGEHA SUSHI, ZHONG HONG BAO, and
CHUN YOUNG CHEN,
1                         Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2018, Plaintiff's counsel is awarded costs in the amount of $3,132.60 and attorneys' fees in the amount of $61,886.25, for a total award of $65,018.85, plus prejudgment interest on the NYLL award of $26,155.50, calculated at a rate of nine percent per annum (or $6.45 per day) from July 2, 2018 to August 11, 2018, in the amount of $7,326.41, for a total sum of $72,344.41

**Dated:**  New York, New York
           September 28, 2018

                                                 **RUBY J. KRAJICK**
                                                   Clerk of Court
                                         BY:
                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 10/2/2018